

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00284-CV

———————————————

IN THE INTEREST OF J.H., S.V., AND C.V., CHILDREN

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-695108-21

---

Before Womack, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered appellant C.A.'s "Motion to Voluntarily Dismiss Appeal." We grant the motion and dismiss C.A.'s appeal only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). Appellant D.V.'s appeal remains pending.

Per Curiam

Delivered: September 22, 2022